FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ FEB 06 2006 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK  BROOKLYN OFFICE
-------------------------------------------------------------------X
FELIX NUNEZ, Pro-Se,   JUDGMENT
                                       04-CV- 3711 (DLI)
                Petitioner,

  -against-

WARDEN MICHAEL ZENK- M.D.C.,
FEDERAL BUREAU OF PRISONS,

                Respondent.
-------------------------------------------------------------------X

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on January 30, 2006, granting petitioner's motion without prejudice; lifting the stay of deportation; and directing that the petition is withdrawn; it is

      ORDERED and ADJUDGED that petitioner's motion is granted without prejudice; that the stay of deportation is lifted; and that the petition is withdrawn.


Dated: Brooklyn, New York
       January 31, 2006

                                                          ROBERT C. HEINEMANN
                                                        Clerk of Court